JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BURLINGTON STORES, INC., *et al.*, <br><br> Defendants. | Case No. 2:19-CV-00853-CJC-AFM <br> <u>Hon. Cormac J. Carney Presiding</u> <br><br> **[PROPOSED] ORDER TO DISMISS ACTION** |

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: April 3, 2019        By: _____
                            HONORABLE CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE